

2013R18686
STATE OF ILLINOIS
MADISON COUNTY
FILED FOR RECORD IN
THE RECORDERS OFFICE
04/29/2013        12:13PM
AMY MEYER, RECORDER
REC FEE:           26.00
RHSPS FEE:          9.00

Recording Requested By:
Bank of America, N.A.
Prepared By: Marcus Jones
16001 N. Dallas Pkwy
Addison, TX 75001

When recorded mail to:
Nationstar Mortgage, LLC
350 Highland Drive
Attention: Mosaic

4/30/2013
Property Address:
4921 2ND STREET
ALTON, IL 62002

This space for Recorder's use    3500 CA

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 does hereby grant, sell, assign, transfer and convey unto NATIONSTAR MORTGAGE, LLC whose address is 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 all beneficial interest under that certain Mortgage described below, together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:        COUNTRYWIDE HOME LOANS, INC.
Borrower(s):            RICKY N. MCDANIELS, AND DIANE M. MCDANIELS, HUSBAND AND
                        WIFE AS JOINT TENANTS
Date of Mortgage: 12/20/2001        Original Loan Amount: $52,000.00
Recorded in Madison County, IL on: 1/3/2002, book 4471, page 4045 and instrument number 2002R00728

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
04-05-2013

COUNTRYWIDE HOME LOANS, INC.

By: Jacob G. Talkington
    Jacob G. Talkington
    Assistant Vice President

DOC 2013R18686 Pg 1 of 2

State of TX, County of **DALLAS**

On **04-05-2013**, before me, **Rochelle A. Martin**, a Notary Public, personally appeared **Jacob A. Tairington, Assistant Vice President** of COUNTRYWIDE HOME LOANS, INC. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Notary Public: *Rochelle A. Martin*
My Commission Expires: **07-18-2016**

ROCHELLE A. MARTIN
Notary Public, State of Texas
My Commission Expires
July 18, 2016

**END OF DOCUMENT**