## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Nelson McDan... ne Maria McDa... | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Case Number: | 14-31950 | | | | | | |
| Filing Date: | 11/26/14 | | | | | | |
| ...ayments in PO... | $0.00 | | | | | | |
| ...st Post Due Da... | 12/01/14 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| 12/01/14 | $ 630.89 | 12/01/14 | $ 625.61 | $ 5.28 | | | | | $ 630.89 | $ 630.89 |
| 12/11/14 | | | | $ 5.28 | | | | | $ - | $ 630.89 |
| 12/29/14 | | | | $ 5.28 | | $ 625.61 | | | $ (625.61) | $ 5.28 |
| 01/14/15 | $ 625.61 | 01/01/15 | $ 625.61 | $ 5.28 | | $ 625.61 | | | $ 0.00 | $ 5.28 |
| 01/14/15 | $ 75.00 | | | $ 80.28 | | $ - | | | $ 75.00 | $ 80.28 |
| 02/04/15 | $ 625.61 | 02/01/15 | $ 625.61 | $ 80.28 | | $ 625.61 | | | $ 0.00 | $ 80.28 |
| 02/17/15 | $ 542.42 | 03/01/15 | $ 622.22 | $ 0.48 | PCN | $ - | | | $ 542.42 | $ 622.70 |
| 02/25/15 | | | | $ 0.48 | | $ - | | $ 400.00 | $ (400.00) | $ 222.70 |
| 02/27/15 | | | | $ 0.48 | | $ - | $ 40.69 | $ 182.01 | $ (222.70) | $ 0.00 |
| 03/02/15 | $ 622.22 | 04/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 04/01/15 | $ 622.22 | 05/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 05/04/15 | $ 622.22 | 06/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 06/01/15 | $ 622.22 | 07/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 07/06/15 | $ 622.22 | 08/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 08/04/15 | $ 622.22 | 09/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 09/08/15 | $ 622.22 | 10/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 10/08/15 | $ 622.22 | 11/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 11/13/15 | $ 622.22 | 12/01/15 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 12/07/15 | $ 622.22 | 01/01/16 | $ 622.22 | $ 0.48 | | $ 622.22 | | | $ - | $ 0.00 |
| 01/11/16 | $ 636.03 | 02/01/16 | $ 622.22 | $ 14.29 | | $ 636.03 | | | $ - | $ 0.00 |
| 02/10/16 | $ 636.03 | 03/01/16 | $ 622.22 | $ 28.10 | | $ - | | | $ 636.03 | $ 636.03 |
| 02/11/16 | | | | $ 28.10 | | $ 636.03 | | | $ (636.03) | $ - |
| 03/07/16 | $ 636.03 | 04/01/16 | $ 622.22 | $ 41.91 | | $ - | | | $ 636.03 | $ 636.03 |
| 03/08/16 | | | | $ 41.91 | | $ 636.03 | | | $ (636.03) | $ - |
| 04/30/16 | $ 636.03 | 05/01/16 | $ 622.22 | $ 55.72 | | $ - | | | $ 636.03 | $ 636.03 |
| 05/02/16 | | | | $ 55.72 | | $ 636.03 | | | $ (636.03) | $ - |
| 05/31/16 | $ 636.03 | 06/01/16 | $ 622.22 | $ 69.53 | | $ - | | | $ 636.03 | $ 636.03 |
| 06/01/16 | | | | $ 69.53 | | $ 636.03 | | | $ (636.03) | $ - |
| 06/28/16 | $ 636.03 | 07/01/16 | $ 622.22 | $ 83.34 | | $ - | | | $ 636.03 | $ 636.03 |
| 06/29/16 | | | | $ 83.34 | | $ 636.03 | | | $ (636.03) | $ - |
| 08/01/16 | $ 636.03 | 08/01/16 | $ 622.22 | $ 97.15 | | $ - | | | $ 636.03 | $ 636.03 |
| 08/02/16 | | | | $ 97.15 | | $ 636.03 | | | $ (636.03) | $ - |
| 08/08/16 | $ 636.03 | 09/01/16 | $ 622.22 | $ 110.96 | | $ - | | | $ 636.03 | $ 636.03 |
| 08/09/16 | | | | $ 110.96 | | $ 636.03 | | | $ (636.03) | $ - |
| 09/19/16 | $ 636.03 | 10/01/16 | $ 622.22 | $ 124.77 | | $ - | | | $ 636.03 | $ 636.03 |
| 09/20/16 | | | | $ 124.77 | | $ 636.03 | | | $ (636.03) | $ - |
| 10/31/16 | $ 636.03 | 11/01/16 | $ 622.22 | $ 138.58 | | $ - | | | $ 636.03 | $ 636.03 |
| 11/01/16 | | | | $ 138.58 | | $ 636.03 | | | $ (636.03) | $ - |
| 11/30/16 | $ 636.03 | 12/01/16 | $ 622.22 | $ 152.39 | | $ - | | | $ 636.03 | $ 636.03 |
| 12/01/16 | | | | $ 152.39 | | $ 636.03 | | | $ (636.03) | $ - |
| 12/27/16 | $ 932.94 | 01/01/17 | $ 690.36 | $ 394.97 | PCN | $ - | | | $ 932.94 | $ 932.94 |
| 12/28/16 | | | | $ 394.97 | | $ 636.03 | | | $ (636.03) | $ 296.91 |
| 01/13/17 | $ 690.36 | 02/01/17 | $ 574.91 | $ 510.42 | PCN | $ - | | | $ 690.36 | $ 987.27 |
| 01/17/17 | | | | $ 510.42 | | $ 690.36 | | | $ (690.36) | $ 296.91 |
| 02/24/17 | $ 632.60 | 03/01/17 | $ 574.91 | $ 568.11 | | $ - | | | $ 632.60 | $ 929.51 |
| 02/27/17 | | | | $ 568.11 | | $ 632.60 | | | $ (632.60) | $ 296.91 |
| 03/31/17 | $ 632.60 | 04/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 632.60 | $ 929.51 |
| 04/03/17 | | | | $ 625.80 | | $ 632.60 | | | $ (632.60) | $ 296.91 |
| 04/30/17 | $ 574.91 | 05/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 05/01/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 05/31/17 | $ 574.91 | 06/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 06/01/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 06/30/17 | $ 574.91 | 07/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 07/03/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 08/01/17 | $ 574.91 | 08/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 08/02/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 08/31/17 | $ 574.91 | 09/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 09/01/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 09/29/17 | $ 574.91 | 10/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 10/10/17 | | | | $ 625.80 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 10/31/17 | $ 574.91 | 11/01/17 | $ 574.91 | $ 625.80 | | $ - | | | $ 574.91 | $ 871.82 |
| 11/01/17 | | 12/01/17 | $ 574.91 | $ 50.89 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 11/01/17 | | | | $ 50.89 | | | | | $ 574.91 | $ 871.82 |
| 12/29/17 | $574.91 | 01/01/18 | $ 574.91 | $ 50.89 | | $ 574.91 | | | $ (574.91) | $ 296.91 |
| 12/31/17 | | | | $ 50.89 | | | | | $ 574.91 | $ 871.82 |
| 01/31/18 | $578.12 | 02/01/18 | $ 578.12 | $ 50.89 | PCN | $578.12 | | | $ 578.12 | $ 875.03 |
| 02/01/18 | | | | $ 50.89 | | $574.91 | | | $ (574.91) | $ 300.12 |
| 02/27/18 | $578.12 | 03/01/18 | $ 578.12 | $ 50.89 | | | | | $ 578.12 | $ 878.24 |
| 02/28/18 | | | | $ 50.89 | | $574.91 | | | $ (574.91) | $ 303.33 |
| 03/26/18 | $578.12 | 04/01/18 | $ 578.12 | $ 50.89 | | | | | $ 578.12 | $ 881.45 |
| 03/27/18 | | | | $ 50.89 | | $578.12 | | | $ (578.12) | $ 303.33 |
| 04/30/18 | $578.12 | 05/01/18 | $ 578.12 | $ 50.89 | | | | | $ 578.12 | $ 881.45 |
| 05/01/18 | | | | $ 50.89 | | $578.12 | | | $ (578.12) | $ 303.33 |
| 06/01/18 | $578.12 | 06/01/18 | $ 578.12 | $ 50.89 | | | | | $ 578.12 | $ 881.45 |

| | | | | | |
|---|---|---|---|---|---|
| 06/04/18 | | | | $ 50.89 | |
| 06/29/18 | $578.12 | 07/01/18 | $ 578.12 | $ 50.89 | |
| 06/30/18 | | | | $ 50.89 | |
| 07/31/18 | $578.12 | 08/01/18 | $ 578.12 | $ 50.89 | |
| 08/01/18 | | | | $ 50.89 | |
| 08/31/18 | $578.12 | 09/01/18 | $ 578.12 | $ 50.89 | |
| 09/04/18 | | | | $ 50.89 | |
| 10/01/18 | $578.12 | 10/01/18 | $ 578.12 | $ 50.89 | |
| 10/02/18 | | | | $ 50.89 | |
| 11/01/18 | $578.12 | 11/01/18 | $ 578.12 | $ 50.89 | |
| 11/02/18 | | | | $ 50.89 | |
| 11/30/18 | $578.12 | 12/01/18 | $ 578.12 | $ 50.89 | |
| 12/31/18 | $578.12 | 01/01/19 | $ 578.12 | $ 50.89 | |
| 01/02/19 | | | | $ 50.89 | |
| 02/01/19 | $578.12 | 02/01/19 | $ 591.97 | $ 37.04 | PCN |
| 02/04/19 | | | | $ 37.04 | |
| 03/01/19 | $591.97 | 03/01/19 | $ 591.97 | $ 37.04 | |
| 03/04/19 | | | | $ 37.04 | |
| 04/01/19 | $591.97 | 04/01/19 | $ 591.97 | $ 37.04 | |
| 04/02/19 | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |
| | | | | $ 37.04 | |

| | | | | |
|---|---|---|---|---|
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 303.33 |
| | | | $ 578.12 | $ 881.45 |
| | | | $ 578.12 | $ 1,459.57 |
| $578.12 | | | $ (578.12) | $ 881.45 |
| | | | $ 578.12 | $ 881.45 |
| $578.12 | | | $ (578.12) | $ 881.45 |
| | | | $ 591.97 | $ 1,473.42 |
| $578.12 | | | $ (578.12) | $ 895.30 |
| | | | $ 591.97 | $ 1,487.27 |
| $578.12 | | | $ (578.12) | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |
| | | | $ - | $ 909.15 |